UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LENIR RICHARDSON,

     Plaintiff,

v.                                    Case No:  6:17-cv-940-Orl-41TBS

PARK SOLEIL VACATION OWNERS
ASSOCIATION, INC., THE TUSCANY
VILLAGE VACATION SUITES OWNERS
ASSOCIATION, INC. and PARK HOTELS
& RESORTS, INC.,

     Defendants.
_____

## ORDER

     This case comes before the Court on Plaintiff Lenir Richardson's Motion Requesting the Court's Permission to File Electronically (Doc. 8). Plaintiff seeks leave of Court to file papers electronically because she "is a resident of the state of Virginia, making [sic] very difficult to fly to Orlando each or every time an action is required in this case." (Id., ¶ 3).

     "A *pro se* litigant ... is not permitted to file electronically, absent authorization by the Court." United States District Court Middle District of Florida, Administrative Procedures for Electronic Filing, at (II)(A)(2) (June 5, 2015). A *pro se* party seeking the privilege to use CM/ECF must demonstrate that access is necessary to avoid unreasonable burdens and to promote access to information. See Ogilvie v. Millsaps, Case No. 8:15-cv-2477-T-36JSS, 2015 WL 6688343, at *1 (M.D. Fla. Oct. 30, 2015).

     Plaintiff's motion fails to demonstrate that access to CM/ECF is necessary for her to avoid unreasonable burdens and promote access to information. She does not need to

travel to Orlando, Florida each time action on her part is required. Plaintiff can file papers by mailing them to the Clerk, who in turn, will mail Orders entered by the Court to her. If Defendants appear in the case, they will be required to mail copies of their papers to Plaintiff. For this reason, Plaintiff's motion is **DENIED without prejudice**.

**DONE** and **ORDERED** in Orlando, Florida on June 14, 2017.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties